UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE APPLICATION OF THE ) <br> UNITED STATES OF AMERICA FOR ) <br> AN ORDER PURSUANT TO ) <br> 18 U.S.C. § 2703(d) FOR 100021443048264) <br> FACEBOOK ACCOUNT NUMBER ) <br> RECORDS, NO CONTENT ) | NO. **4:22-mj-2312** |

## ORDER

The United States of America has submitted an application pursuant to 18 U.S.C. § 2703(c) and (d), requesting that the Court issue an Order requiring Meta Platforms, Inc., doing business as Facebook (hereinafter referred to as "Provider"), an electronic communications service provider and/or a remote computing service located in Menlo Park, California, to disclose the records and other information of the account with the usernumber 100021443048264, ("Account").

The Court finds that the United States has offered specific and articulable facts showing that there are reasonable grounds to believe that the records or other information sought are relevant and material to an ongoing criminal investigation.

IT IS THEREFORE ORDERED, pursuant to 18 U.S.C. § 2703(c) and (d), that Provider, and any other electronic service provider required to furnish facilities or whose existence may facilitate the execution of this Order, shall, within ten days of the date of this Order, disclose to the United States the following historical records and other information about the customers or subscribers of the Account, if available, which are in its possession:

1. Names (including subscriber names, user names, and screen names);

2. Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);
3. "friend requests", either accepted or requested by the courtneys.design account;
4. Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;
5. Length of service (including start date) and types of service utilized;
6. Means and source of payment for such service (including any credit card or bank account number) and billing records;

There is no need for this order to be sealed. The account holder is aware of this request.

*Christina A Bryan*
CHRISTINA A. BRYAN
United States Magistrate Judge

September 28, 2022
_____
Date